# THE SUPREME COURT

#### OF THE

## STATE OF ILLINOIS,

#### OF CASES ARGUED AT

## JANUARY TERM, 1862, AT SPRINGFIELD.

---

RICHARD BLOUNT, Plaintiff in Error, *v.* THOMPSON TOMLIN *et al.*, Defendants in Error.

#### ERROR TO MASON.

Where a writ of error is made a supersedeas, it does not revive an injunction; for this purpose a special order is necessary.

THIS was a motion by plaintiff in error, founded upon affidavits asking for an attachment of the bodies of certain parties, who had taken violent possession of certain premises in litigation in this suit.

It appears, that an injunction had been obtained in the court below, restraining the defendants in error from taking possession of the premises. This injunction was dissolved, and the bill dismissed, with a decree for costs against the complainant, and the complainant sued out his writ of error, which was made a supersedeas. Afterwards, the violence complained of occurred, in disregard of the supersedeas, as is alleged.

T. P. COWAN, for the motion.

W. C. GOUDY, contra.

*Per Curiam.* The making a writ of error operate as a supersedeas where an injunction has been dissolved, does not revive

the injunction. For that purpose, a special order is required. The act complained of was not in contempt of the order of the court.

*Motion denied.*

NOTE.—This and the two following decisions were made at January term, 1862, in the Second Grand Division.